# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JEFFREY FRASER,<br><br>　　　　　　Defendant. | 8:18CR169<br><br>ORDER |

**THIS MATTER** is before the court on the motion of John S. Berry, Jr. to withdraw as counsel for the defendant, Jeffrey Fraser (Filing No. 43). Jonathan M. Braaten has filed an entry of appearance as retained counsel for Jeffrey Fraser. Therefore, John S. Berry, Jr.'s motion to withdraw (Filing No. 43) will be granted.

John S. Berry, Jr. shall forthwith provide Jonathan M. Braaten any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Berry which are material to Jeffrey Fraser's defense.

The clerk shall provide a copy of this order to Jonathan M. Braaten.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge